FILED
2008 SEP -5 AM 10: 42
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

1  LINDA CLAXTON, State Bar No. 125729
   linda.claxton@ogletreedeakins.com
2  S. ADAM SPIEWAK, State Bar No. 230872
   adam.spiewak@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   633 West Fifth Street, 53rd Floor
4  Los Angeles, California 90071
   Telephone:  (213) 239-9800
5  Facsimile:   (213) 239-9045

6  Attorneys for Defendant
   COVENTRY HEALTH CARE

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENITA BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COVENTRY HEALTH CARE, AGENT FOR FIRST HEALTH GROUP CORP. and DOES 1 through 30, inclusive,<br><br>　　　　　Defendants. | Case No. '08 CV 1628 DMS LSP<br><br>**DECLARATION OF S. ADAM SPIEWAK IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL** |

6618422_1

CASE NO.
DECLARATION OF S. ADAM SPIEWAK IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL

S. ADAM SPIEWAK declares:

1. I am an attorney licensed to practice law before all courts in the State of California and admitted to practice before this Court. I am of Counsel with the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, PC, counsel for Defendant in this matter. I am one of the attorneys with primary responsibility for this matter. The following facts are within my personal knowledge and if called as a witness, I could and would competently testify thereto.

2. Attached hereto as Exhibit "1" is a true and correct copy of California Secretary of State's records, updated as of August 29, 2008 and found on its on-line Business Portal, indicating that Coventry Health Care Workers Compensation, Inc. is registered to do business in California, is incorporated in Delaware and has its Principal address in Bethesda, Maryland. I located this information and printed it from the Secretary of State site on September 1, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of September, 2008 at Los Angeles, California.

_____
S. Adam Spiewak

1   CASE NO.
DECLARATION OF S. ADAM SPIEWAK IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL

**EXHIBIT 1**

# California Business Portal

**Secretary of State DEBRA BOWEN**

**DISCLAIMER:** The information displayed here is current as of AUG 29, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |||
|---|---|---|
| COVENTRY HEALTH CARE WORKERS COMPENSATION, INC. |||
| Number: C2977075 | Date Filed: 4/3/2007 | Status: active |
| Jurisdiction: DELAWARE |||
| Address |||
| 6705 ROCKLEDGE DRIVE |||
| SUITE 900 |||
| BETHESDA, MD 20817 |||
| Agent for Service of Process |||
| NATIONAL REGIST ERED AGENTS, IN C. |||
| 2030 MAIN STREET STE 1030 |||
| IRVINE, CA 92614 |||

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

EXHIBIT __1__ PAGE __2__

# PROOF OF SERVICE BY UNITED STATES MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to this action. My business address is 633 West Fifth Street, 53rd Floor, Los Angeles, California 90071.

     On September 5, 2008, I served the following document(s) described as:

DECLARATION OF S. ADAM SPIEWAK IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL

on the persons below as follows:

Paula S. Rosenstein, Esq.
Rosenstein, Wilson & Dean, P.L.C.
1901 First Avenue, Suite 300
San Diego, CA 92101

     I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses as indicated above and:

☐     deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid.*

☒     placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United State Postal Service, in a sealed envelope or package with postage fully prepaid.

     I am employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

☐   (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒   (Federal)    I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on September 5, at Los Angeles, California.

Cecile Acoca
Type Name                                        Signature