FILED
2008 SEP -5 AM 10: 42

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

1  LINDA CLAXTON, State Bar No. 125729
   linda.claxton@ogletreedeakins.com
2  S. ADAM SPIEWAK, State Bar No. 230872
   adam.spiewak@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   633 West Fifth Street, 53rd Floor
4  Los Angeles, California 90071
   Telephone: (213) 239-9800
5  Facsimile: (213) 239-9045

6  Attorneys for Defendant
   COVENTRY HEALTH CARE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

RENITA BRYANT, an individual,

Plaintiff,

v.

COVENTRY HEALTH CARE, AGENT FOR FIRST HEALTH GROUP CORP. and DOES 1 through 30, inclusive,

Defendants.

Case No. '08 CV 1628 DMS LSP

**DECLARATION OF GAIL BAKER IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL**

---

CASE NO.
DECLARATION OF GAIL BAKER

Gail Baker declares:

1. I am Director of Human Resources for the National Accounts Division of Coventry Health Care, Inc. ("Coventry"). I am responsible for Human Resources for the division in which Renita Bryant worked during the time periods she was employed by Coventry. I work in Coventry's Downer's Grove, Illinois location. In my role as Director of Human Resources, I have access to certain corporate and business records related to the wages paid to employees and former employees, including Renita Bryant. I have personal knowledge of the facts contained in this declaration. If called as a witness, I could and would competently testify as to the truthfulness of the facts contained herein.

2. I have reviewed the payroll records of Renita Bryant for the time period from 2005 to 2007. In 2007, Ms. Bryant's annual salary was in excess of $94,000 at the time of her separation. Furthermore, in 2007, Ms. Bryant received additional compensation in the form of sales incentives, amounting to more than $21,000. She was also receiving benefits, including medical insurance, dental insurance, vision insurance, life insurance, short and long term disability insurance, and a 401(k) matching contribution. In 2007, Coventry's contribution to the total premiums for these benefits amount to in excess of $5,000 on an annual basis.

3. Coventry is, and at all times since 2005 has been, incorporated under the laws of the State of Delaware and has its principal place of business in Bethesda, Maryland.

4. Coventry headquarters and all corporate matters are centralized in Bethesda, Maryland, including the offices of executive leadership and staff.

5. A majority of Coventry's revenues arise from the sales of various health insurance products and services sold by its subsidiary Health Plans, which are based in 17 states. California is not among those 17 states.

---

1                                                                 CASE NO.
DECLARATION OF GAIL BAKER

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.
3  Executed this _3_ day of September, 2008 at Downer's Grove, Illinois.

*Gail Baker*
Gail Baker

**PROOF OF SERVICE BY UNITED STATES MAIL**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to this action. My business address is 633 West Fifth Street, 53rd Floor, Los Angeles, California 90071.

     On September 5, 2008, I served the following document(s) described as:

DECLARATION OF GAIL BAKER IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL

on the persons below as follows:

Paula S. Rosenstein, Esq.
Rosenstein, Wilson & Dean, P.L.C.
1901 First Avenue, Suite 300
San Diego, CA 92101

     I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses as indicated above and:

☐    deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid.*

☒    placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United State Postal Service, in a sealed envelope or package with postage fully prepaid.

     I am employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

☐   (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒   (Federal)    I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

     Executed on September 5, 2008, at Los Angeles, California.

Cecile Acoca                                   /s/ Cecile Acoca
Type Name                                            Signature