FILED
2008 SEP -5 AM 10: 42
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

1  LINDA CLAXTON, State Bar No. 125729
   linda.claxton@ogletreedeakins.com
2  S. ADAM SPIEWAK, State Bar No. 230872
   adam.spiewak@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
4  633 West Fifth Street, 53rd Floor
   Los Angeles, California 90071
5  Telephone:  (213) 239-9800
   Facsimile:  (213) 239-9045
6
7  Attorneys for Defendant
   COVENTRY HEALTH CARE

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

'08 CV 1628 DMS LSP

| | |
|---|---|
| RENITA BRYANT,<br><br>             Plaintiff,<br><br>   v.<br><br>COVENTRY HEALTH CARE, AGENT FOR FIRST HEALTH GROUP CORP. and DOES 1-30, inclusive,<br><br>             Defendants. | Case No.<br><br>**NOTICE OF RELATED CASES** |

---

CASE NO.
NOTICE OF RELATED CASES

6625159_1

1 | TO THE CLERK OF THE UNITED STATES DISTRICT COURT:

2 |     The undersigned, counsel of record for Coventry Health Care ["Defendant"],

3 | certifies that Defendant is not aware of any case that arises from the same events as the

4 | instant action, involve the same or substantially related or similar or closely related

5 | transactions, happening or issues of fact and law, or are likely to require substantial

6 | duplication of labor if heard by different judges.

9 | DATED: September 4, 2008

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: _____
S. Adam Spiewak
Attorneys for Defendants
COVENTRY HEALTH CARE

1
NOTICE OF RELATED CASES      CASE NO.

|   |   |
|---|---|
| 1 | **PROOF OF SERVICE BY UNITED STATES MAIL** |
| 2 | STATE OF CALIFORNIA, COUNTY OF LOS ANGELES |

     I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to this action. My business address is 633 West Fifth Street, 53rd Floor, Los Angeles, California 90071.

     On September 5, 2008, I served the following document(s) described as:

**NOTICE OF RELATED CASES**

on the persons below as follows:

Paula S. Rosenstein, Esq.
Rosenstein, Wilson & Dean, P.L.C.
1901 First Avenue, Suite 300
San Diego, CA 92101

     I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses as indicated above and:

☐     deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid.*

☒     placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United State Postal Service, in a sealed envelope or package with postage fully prepaid.

     I am employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

☐    (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒    (Federal)    I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

     Executed on September 5, 2008, at Los Angeles, California.

Cecile Acoca _____     *Cecile Acoca* (signature)
Type Name                                                          Signature

\* (SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX OR BAG)